

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2014

No. 04-14-00461-CV

Jo A. **MOORE** and Anthony Moore,
Appellants

v.

John A. **HURTADO**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 393075
Honorable Jason Wolff, Judge Presiding

## O R D E R

This is an appeal of a final judgment of a county court in an eviction suit. Appellant has filed a motion requesting that we stay the judgment. This court is not, however, authorized to stay the county court's judgment pending this appeal "unless, within 10 days of the signing of the judgment, the appellant file[d] a supersedeas bond in an amount set by the county court." TEX. PROP. CODE ANN. § 24.007(a) (West Supp. 2013); *see also* TEX. R. CIV. P. 510.13. Because appellant's motion does not state that such a supersedeas bond was filed, appellant's motion is DENIED.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2014.

Keith E. Hottle
Clerk of Court